AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

FEB 27 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Dube | ) Case No. 1:20mj34 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 22, 2014 to Januray 2020__ in the county of __Washington__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1347 | Healthcare Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Darren Petri, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/27/2020__

_____
*Judge's signature*

Pamela Sargent, U.S. Magistrate Judge
*Printed name and title*

City and state: __Abingdon, VA__