AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **1:20CR22** |
| | ) | **1:20CR23** |
| Michael Norman Dube | ) | |
| Defendant | ) | |

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
6/24/2020
JULIA C. DUDLEY, CLERK
BY: LOTTIE LUNSFORD
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **6-22-2020**

_____
Defendant's signature

_____
Signature of defendant's attorney

Martin Pinales
Printed name of defendant's attorney

_____
Judge's signature

**6/24/20**
Judge's printed name and title